United States District Court
Southern District of Texas
**ENTERED**
May 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THUAN VAN LE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01715 |
| | § | |
| KATHLEEN BAUSMAN, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

The Court has considered the defendants' Unopposed Motion for Extension of Time to File an Answer or Other Responsive Pleading to the plaintiffs' Complaint and finds that it should be GRANTED. (Dkt. No. 7)

It is ORDERED that Defendants have until July 14, 2026, to file an answer to Plaintiffs' Complaint.

SIGNED on May 15, 2026, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1